[No. 19419-1-III.   Division Three.   July 19, 2001.]

RICK JOHNS, ET AL., *Respondents*, v. BRUCE C. BRUNSON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 00-2-00562-5, Carolyn A. Brown, J., entered August 3, 2000. *Affirmed in part* and *reversed in part* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Kato, J.

[No. 19440-0-III.   Division Three.   July 19, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN LUIS BLANCAS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 00-8-00242-2, Evan E. Sperline, J., entered May 31, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 24454-3-II.   Division Two.   July 20, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER LOWELL WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-02548-6, Rosanne Buckner, J., entered December 17, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, A.C.J., and Seinfeld, J.

[No. 25122-1-II.   Division Two.   July 20, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ALFRED ERNEST SIBCY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-01057-6, Thomas Felnagle, J., entered September 29, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Houghton, JJ.